ANNE DIGNAM, Respondent, *v.* GREAT ATLANTIC & PACIFIC TEA COMPANY et al., Appellants.

Argued April 16, 1947; decided May 15, 1947.

*Abraham Shapiro, Murray C. Spett* and *Lester Samuels* **for** appellants.

*Leon Wagman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.